FILED

07 SEP -7 AM 11:52

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>ONG'S RESTAURANT GROUP, et al.<br><br>　　　Defendants. | Case No. 07cv1015 BEN (AJB)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

## ORDER ON JOINT MOTION FOR DISMISSAL

Pursuant to the Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice.

Dated: 9/05/07

_____
Judge of the District Court